**Dated: November 08, 2023
The following is SO ORDERED:**

_____
**Jimmy L. Croom
UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

| | |
|---|---|
| In re | |
| KYLE DYLAN WEEMS, | Case No. 23-10576 |
| Debtor. | Chapter 7 |

| | |
|---|---|
| Kyle Dylan Weems | |
| Plaintiff, | |
| v. | Adv. Pro. No. 23-05049 |
| State of North Dakota d/b/a Bank of North Dakota by and through Student Loans of North Dakota, | |
| Defendant. | |

**PRETRIAL AND SCHEDULING ORDER**

A pre-trial conference was conducted via email on November 8, 2023. Attorney Joshua Cohen participated on behalf of the Debtor/Plaintiff Kyle Weems and attorney Scott Luack participated on behalf of the Defendant State of North Dakota d/b/a Bank of North Dakota by and through Student Loans of North Dakota.

Pursuant thereto and for good cause:

**IT IS ORDERED AND NOTICE IS HEREBY GIVEN THAT:**

1. The parties are ordered to confer pursuant to Federal Rule of Civil Procedure 26, made applicable to this proceeding by Federal Rule of Bankruptcy Procedure 7026, within 14 days of entry of this order.

2. Discovery shall be completed on or before **February 15, 2024**.

3. Preliminary exchanges of exhibits and names of witnesses are to be made by **February 20, 2024**, to be timely supplemented by additional witness lists or exhibits, if necessary, by **February 27, 2024**.

4. Exhibits not objected to in writing by **March 5, 2024**, will stand as admitted into evidence and shall be pre-marked by counsel (i.e., Plaintiff's Exhibit 1; Defendant's Exhibit 1).

5. Pre-trial briefs and motions by any party are to be filed by **March 5, 2024**.

6. A final pre-trial conference will be conducted telephonically on **April 4, 2024, at 9:30 AM.** Counsel shall contact Judge Croom's courtroom deputy Deborah Pulse prior to this date to make the necessary arrangements to attend the pretrial conference telephonically.

7. The original (or agreed substitutes) and two (2) copies of the exhibits are to be exchanged with counsel and delivered to the chambers of Judge Jimmy L. Croom by **April 9, 2024**. Exhibits may be delivered in person, by mail, or by email. If emailed, exhibits should be sent in PDF format to **abby_little@tnwb.uscourts.gov**. An Exhibit List, which shall briefly describe each exhibit, shall be included with the submitted exhibits. The Exhibit List and/or the Exhibits are NOT to be filed with the Clerk's office.

8. A trial on the merits is set for **Tuesday, April 16, 2024**, **at 9:30 AM** at 111 S. Highland, Room 342, Jackson, TN 38301.

<u>Mailing List</u>
Debtor/Plaintiff
Joshua Cohen, attorney for Debtor/Plaintiff
Scott Lauck, attorney for Defendant